IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Reyes, Luis A | Case Number: 07 B 16614 |
|---|---|---|
| | Martinez, Magaly | Judge: Squires, John H |
| | Printed: 4/22/08 | Filed: 9/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  April 18, 2008
Confirmed:  October 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,145.00 | |
| Secured: | | 2,209.40 |
| Unsecured: | | 192.67 |
| Priority: | | 0.00 |
| Administrative: | | 573.10 |
| Trustee Fee: | | 169.83 |
| Other Funds: | | 0.00 |
| Totals: | 3,145.00 | 3,145.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Barry Kreisler | Administrative | 2,494.00 | 573.10 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Corporate America Family CU | Secured | 19,219.22 | 2,209.40 |
| 4. | GMAC Mortgage Corporation | Secured | 17,694.23 | 0.00 |
| 5. | George's Garage & Doors | Unsecured | 11,762.00 | 192.67 |
| 6. | Capital One | Unsecured | 1,803.46 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 500.00 | 0.00 |
| 8. | Capital One | Unsecured | 1,102.72 | 0.00 |
| 9. | Corporate America Family CU | Unsecured | 0.18 | 0.00 |
| 10. | Verizon Wireless Midwest | Unsecured | 1,052.83 | 0.00 |
| 11. | Adam A Arroyo | Unsecured | | No Claim Filed |
| 12. | Allied Interstate | Unsecured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | Allied Interstate | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | Data Search | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | George's Garage & Doors | Unsecured | | No Claim Filed |
| 21. | Seventh Avenue | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | West Asset Management | Unsecured | | No Claim Filed |
| 24. | Village of Oak Park | Unsecured | | No Claim Filed |
| 25. | Talro Insurance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Reyes, Luis A  
        Martinez, Magaly  
        Printed:  4/22/08

Case Number:  07 B 16614  
Judge:  Squires, John H  
Filed:  9/12/07

        _____      _____  
        $ 55,628.64     $ 2,975.17

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 169.83 |
|  | _____ |
|  | $ 169.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____