IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Reyes, Luis A

Printed: 6/3/08

Case Number: 07 B 16614
Judge: Squires, John H
Filed: 9/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  April 18, 2008
Confirmed: October 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,145.00 |  |
| Secured: |  | 2,209.40 |
| Unsecured: |  | 192.67 |
| Priority: |  | 0.00 |
| Administrative: |  | 573.10 |
| Trustee Fee: |  | 169.83 |
| Other Funds: |  | 0.00 |
| Totals: | 3,145.00 | 3,145.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Barry Kreisler | Administrative | 2,494.00 | 573.10 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Corporate America Family CU | Secured | 19,219.22 | 2,209.40 |
| 4. | GMAC Mortgage Corporation | Secured | 17,694.23 | 0.00 |
| 5. | Capital One | Unsecured | 1,102.72 | 0.00 |
| 6. | Capital One | Unsecured | 1,803.46 | 0.00 |
| 7. | George's Garage & Doors | Unsecured | 11,762.00 | 192.67 |
| 8. | Corporate America Family CU | Unsecured | 0.18 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 500.00 | 0.00 |
| 10. | Verizon Wireless Midwest | Unsecured | 1,052.83 | 0.00 |
| 11. | George's Garage & Doors | Unsecured | | No Claim Filed |
| 12. | Allied Interstate | Unsecured | | No Claim Filed |
| 13. | Adam A Arroyo | Unsecured | | No Claim Filed |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Allied Interstate | Unsecured | | No Claim Filed |
| 17. | West Asset Management | Unsecured | | No Claim Filed |
| 18. | Credit Protection Association | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | Data Search | Unsecured | | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 23. | Seventh Avenue | Unsecured | | No Claim Filed |
| 24. | Village of Oak Park | Unsecured | | No Claim Filed |
| 25. | Talro Insurance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Reyes, Luis A

Printed: 6/3/08

Case Number: 07 B 16614
Judge: Squires, John H
Filed: 9/12/07

```
                                        _____        _____
                                        $ 55,628.64       $ 2,975.17
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.4%     | 169.83     |

$ 169.83

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____ (signature)